No. 1196. Levering *v.* Levering. Sup. Ct. Del. Certiorari denied.

No. 1200. Irvin Industries, Inc. *v.* American Harley Corp. Ct. App. N. Y. Certiorari denied.

No. 1201. Tucker *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 1202. Board of Trustees of the Social Security Fund of the Distillery, Rectifying, Wine & Allied Workers International Union of America, AFL–CIO *v.* Farrell. Sup. Ct. Pa. Certiorari denied.

No. 1203. McGee et al. *v.* Horn. C. A. 9th Cir. Certiorari denied.

No. 1206. Vaught *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 1208. Rodriguez-Romero *v.* Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 1210. Technical Development Corp. et al. *v.* Beckman Instruments, Inc. C. A. 7th Cir. Certiorari denied.

No. 1214. Wood *v.* Johnston Bronze Co. Sup. Ct. Ohio. Certiorari denied.

No. 1217. Local 825, International Union of Operating Engineers, AFL–CIO, et al. *v.* National Labor Relations Board. C. A. 3d Cir. Certiorari denied.

No. 1235. DeAngelis et al. *v.* United States. C. A. 2d Cir. Certiorari denied.